TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-94-00570-CR







Billy Brown, Appellant



v.



The State of Texas, Appellee







FROM THE COUNTY CRIMINAL COURT NO. 9 OF DALLAS COUNTY


NO. MB93-64697-K, HONORABLE MILLY FRANCIS, JUDGE PRESIDING







PER CURIAM



 This is an appeal from the judgment of conviction for delivery of marihuana. 
Appellant has filed a motion to withdraw the appeal. No decision of this Court has been
delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. 59(b).





Before Justices Powers, Kidd and B. A. Smith


Appeal Dismissed on Appellant's Motion


Filed: March 15, 1995


Do Not Publish